1048

[No. 34309-6-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES S. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05095-4, Bryan E. Chushcoff, J., entered January 13, 2006. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Hunt and Penoyar, JJ.

[No. 34353-3-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. WILLIAM LOUIS MATTHEWS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-1-03983-5, Bryan E. Chushcoff, J., entered January 27, 2006. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 34415-7-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. ANDREW MICHAEL ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 05-1-01635-7, Gary Tabor, J., entered February 15, 2006. *Reversed* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 34425-4-II. Division Two. March 20, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMAL RASHON PAYTON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 04-1-05867-0, John A. McCarthy, J., entered February 10, 2006. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Quinn-Brintnall and Van Deren, JJ.